| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | **FILED** JUN 2 6 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY | DOCKET NUMBER *(Tran. Court)* 3:07-cr-340-J-16JRK |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* '08 CR 7032 IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Heder Morales-Aguilar | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Howell W. Melton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 13, 2008 | TO February 12, 2009 |

**OFFENSE**

Illegal Re-entry into the United States after Deportation, in violation of Title 8 U.S.C. § 1326, a class E felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Southern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/4/08
Date

Howell W. Melton
~~Chief~~ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/20/08
Effective Date

Irma E. Gonzalez
United States District Judge