# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

July 3, 2008

Clerk, U.S. District Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

**Transfer of Jurisdiction**

> Our Case #:   08cr7032-IEG
> Your Case #:  07cr340-J-16JRK
> Case Name:    Heder Morales-Aguilar

Dear Clerk of the Court:

Enclosed please find a original and a copy of Probation Form 22, signed on 6/20/2008 by Chief Judge Irma E. Gonzalez accepting transfer of jurisdiction to the Southern District of California for the aforementioned defendant. Please forward to this district the requested documents as listed below.

> Certified copy of Transfer of Jurisdiction
> Certified copy of indictment, information or complaint
> Certified copy of Judgment
> Certified copy of docket sheet
> Certified copy of any OSC's

Please acknowledge receipt of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

J. HASLAM

By: _____
J. Haslam, Deputy Clerk