MD/FL 12C
(9/03)

# United States District Court

for

Middle District of Florida
Jacksonville Division

### Petition for Warrant or Summons for Offender Under Supervised Release

**Name of Offender:** Heder Morales-Aguilar    **Docket Number:** 3:07-cr-340-J-16JRK

**Name of Sentencing Judicial Officer:** Honorable Howell W. Melton

**Date of Original Sentence:** February 6, 2008

**Original Offense:** Illegal Re-entering the United States after Having Been Deported/Removed, in violation of Title 8 U.S.C. § 1326, a class E felony.

**Original Sentence:** Committed to the custody of the United States Bureau of Prisons for time served, plus seven (7) days, followed by one (1) year of supervised release. Special conditions include the defendant not re-entering the United States unless allowed to do so legally, if he is deported by the Bureau of Immigration and Customs Enforcement (BICE).

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** February 13, 2008

**Assistant United States Attorney:** Russell C. Stoddard    **Defense Attorney:** David Austin Makofka

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **New criminal conduct, Illegal Re-entering the United States after Having Been Deported, occurring on May 19, 2008, while on supervision in violation of the conditions of supervision: (DISPOSITION PENDING):** On May 19, 2008, the defendant was discovered in a van in San Diego, California during an anti-smuggling investigation. He admitted that he had entered the United States illegally and was subsequently charged with Illegal Re-entering the United States after Having Been Deported in the Southern District of California.

2. **Illegally re-entering the United States after being deported in violation of the Special Condition:** On May 19, 2008, the defendant was discovered in San Diego, California during an anti-smuggling investigation in violation of the Special Conditions of the defendant's Supervised Release.

MD/FL 12C
(9/87)

Page: 2

Offender: **Morales-Aguilar, Heder**
Docket: **3:07-cr-340-J-16JRK**
Date Prepared: **May 29, 2008**

United States Probation Office Recommendation:

☒ The term of supervision should be

  ☒ revoked

  ☐ extended for years and months, for a total term of years and months.

☐ The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 29, 2008

*Ron West*

Ron West
United States Probation Officer

MD/FL 12C
(9/97)

Page: 3

Offender: **Morales-Aguilar, Heder**
Docket: **3:07-cr-340-J-18JRK**
Date Prepared: **May 29, 2008**

### THE COURT ORDERS

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

*Howell W. Melton*
Signature of Judicial Officer

JUNE 4, 2008
Date